

```
ENTERED
05/11/2021
```

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No. 17-70073-EVR |
| ADELINA BRISENO | § | |
| Debtor(s) | § | Chapter 7 |

## ORDER TO PAY FUNDS INTO THE COURT REGISTRY UNDER 11 U.S.C. §347(A)

Came on for consideration the Trustee's Motion to Pay Funds into the Registry of the Court Under 11 U.S.C. §347 (a) and the Court having considered the Motion, is of the opinion that the Motion is well taken and the Court further finding that notice of said Motion is not required. It is, therefore,

**ORDERED** that Catherine S. Curtis, Trustee is authorized to pay into the registry of the Court the amount of $310.83 as per Exhibit A in the attached Motion.

May 11, 2021

This order is signed for the Court by the clerk under authority of 28 U.S.C. § 956 and General Order 2000-3.

By: _____
Deputy Clerk

{00527115}

# EXHIBIT "A"

PLEASE CHECK ONE:

\_\_\_   Small Dividends

_X_\_   Unclaimed Dividends

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Fermin Villanueva<br>3017 Vista Verde Circle S<br>Harlingen, TX 78550 | 18P | $103.61 |
| Isaias Mirelez and Claudia Mirelez<br>36 N. FM 649<br>Rio Grande City, TX 78582 | 8P | $103.61 |
| Jesus Alonzo Vera, Jr. & Lizette Carmona<br>PO Box 337<br>Falcon Heights, TX 78545 | 15P | $103.61 |
| Total Unclaimed Dividends $25.00 or under | | $0.00 |
| Total Unclaimed Dividends Over $25.00 | | $310.83 |

{00527114}