

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

ENTERED
05/11/2021

| | | |
|---|---|---|
| In Re: | § | Case No. 17-70073-EVR |
| ADELINA BRISENO | § | |
| Debtor(s) | § | Chapter 7 |

### ORDER TO PAY FUNDS INTO THE COURT REGISTRY
### UNDER 11 U.S.C. §347(A)

Came on for consideration the Trustee's Motion to Pay Funds into the Registry of the Court Under 11 U.S.C. §347 (a) and the Court having considered the Motion, is of the opinion that the Motion is well taken and the Court further finding that notice of said Motion is not required. It is, therefore,

**ORDERED** that Catherine S. Curtis, Trustee is authorized to pay into the registry of the Court the amount of $310.83 as per Exhibit A in the attached Motion.

May 11, 2021

This order is signed for the Court by the clerk under authority of 28 U.S.C. § 956 and General Order 2000-3.

By: _____
Deputy Clerk

{00527115}

EXHIBIT "A"

PLEASE CHECK ONE:

\_\_\_        Small Dividends

_X_        Unclaimed Dividends

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Fermin Villanueva<br>3017 Vista Verde Circle S<br>Harlingen, TX 78550 | 18P | $103.61 |
| Isaias Mirelez and Claudia Mirelez<br>36 N. FM 649<br>Rio Grande City, TX 78582 | 8P | $103.61 |
| Jesus Alonzo Vera, Jr. & Lizette Carmona<br>PO Box 337<br>Falcon Heights, TX 78545 | 15P | $103.61 |
| Total Unclaimed Dividends $25.00 or under | | $0.00 |
| Total Unclaimed Dividends Over $25.00 | | $310.83 |

{00527114}

United States Bankruptcy Court
Southern District of Texas

In re:                                                                                                  Case No. 17-70073-evr
Adelina Briseno                                                                              Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-7            User: klov            Page 1 of 2
Date Rcvd: May 11, 2021            Form ID: pdf002            Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**
+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Adelina Briseno, 8534 North La Homa Rd., Mission, TX 78574-5296 |
| cr | + | La Joya ISD, Perdue, Brandon, Fielder, Collins & Mott, 3301 Northland Drive, Ste. 505, Austin, TX 78731-4954 |
| intp | | State of Texas, c/o Attorney General of Texas, PO Box 12548, MC 008, Austin, TX 78711-2548 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Hidalgo County |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2021            Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Antonio Martinez, Jr | on behalf of Respondent Antonio Martinez Jr. martinez.tony.jr@gmail.com, martinez.tony.jr@gmail.com |
| Antonio Martinez, Jr | on behalf of Debtor Adelina Briseno martinez.tony.jr@gmail.com martinez.tony.jr@gmail.com |
| Antonio Martinez, Jr | on behalf of Defendant Alejandra Melendez martinez.tony.jr@gmail.com martinez.tony.jr@gmail.com |
| Antonio Martinez, Jr | on behalf of Defendant Adelina Briseno martinez.tony.jr@gmail.com martinez.tony.jr@gmail.com |

| | | |
|---|---|---|
| District/off: 0541-7 | User: klov | Page 2 of 2 |
| Date Rcvd: May 11, 2021 | Form ID: pdf002 | Total Noticed: 3 |

Catherine Stone Curtis
    ccurtis@pulmanlaw.com ecf@pulmanlaw.com;mgarcia@pulmanlaw.com;csc@trustesolutions.net

Catherine Stone Curtis
    on behalf of Trustee Catherine Stone Curtis ccurtis@curtistrustee.com ecf@pulmanlaw.com;mgarcia@pulmanlaw.com;csc@trustesolutions.net

Diane Wade Sanders
    on behalf of Creditor Hidalgo County austin.bankruptcy@publicans.com

Joe D Garcia
    on behalf of Plaintiff State of Texas Office of the Attorney General jdg467@swbell.net

John T Banks
    on behalf of Creditor La Joya ISD jbanks@pbfcm.com jbanks@ecf.inforuptcy.com

Stephen Douglas Statham
    on behalf of U.S. Trustee US Trustee stephen.statham@usdoj.gov

Todd Brice Headden
    on behalf of Plaintiff State of Texas Office of the Attorney General theadden@legalstrategy.com, mnewton@haywardfirm.com

Todd Brice Headden
    on behalf of Interested Party State of Texas theadden@legalstrategy.com mnewton@haywardfirm.com

US Trustee
    USTPRegion07.CC.ECF@USDOJ.GOV

TOTAL: 13